·cient consideration to keep it from operation ·of the statute of frauds. Judgment and order ·appealed from are affirmed, with costs.

FITZSIMONS, C. J., and CONLAN, J., ·concur.

---

WELLS, Respondent, v. ROTHWELL, Appellant. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by Maria Wells against Nellie Rothwell, individually and as executrix, etc.

PER CURIAM. Order reversed, with $10 ·costs and disbursements, and motion for assignment and discontinuance granted, upon terms stated in the opinion in case of Cleveland against the same defendant, 66 N. Y. Supp. 241. Order to be settled before SMITH, J.

---

In re WESTCOTT. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) In the matter of the application ·of James H. Westcott, Jr., for admission to .practice.

PER CURIAM. The certificate of Judge Magruder, instead of showing that the appli- ·cant has practiced law in Illinois three years, .states that he practiced from October 26, 1899, until December, 1899. If this is an error, it must be corrected by the justice himself. There should also be proof by affidavit that ·the applicant has not applied for admission elsewhere in the state.

---

WHEELER, Appellant, v. NEW YORK ·CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Charles Wheeler against the New York Central & Hudson River Railroad Company. No opinion. ·Order affirmed, with costs.

---

WHELAN, Respondent, v. NELSON et al., _Appellants. (Supreme Court, Appellate Divi- :sion, Second Department. October 26, 1900.) Action by Michael Whelan against Zachariah ·O. Nelson and another, doing business under the firm name of Z. O. Nelson & Son. No ·opinion. Judgment of the municipal court af- ·firmed, with costs.

---

WHITLOCK, Respondent, v. GOULD et al., _Appellants. (Supreme Court, Appellate Divi- ·sion, First Department. July 17, 1900.) Action ·by Edgar Whitlock against Louis A. Gould and ·others. D. B. Luckey, for appellants. C. N. Ironside, for respondent. No opinion. Order .affirmed, with $10 costs and disbursements. :See 62 N. Y. Supp. 792.

---

WIARD, Respondent, v. SYRACUSE RAP- ID–TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Timothy J. Wiard ·against the Syracuse Rapid-Transit Railway

Company. No opinion. Judgment and order affirmed, with costs. All concur, except Mc- LENNAN, J., who dissents.

---

WIECHER, Respondent, v. ALBRIGHT, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Adolph Wiecher against George W. Albright. T. M. Tyng, for appellant. E. R. Leavitt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WIGTON, Respondent, v. KENNEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Elliott D. Wigton as receiver of the Iowa Savings Bank against Albert S. Kenney. No opinion. Order affirmed, without costs, the stipulation as suggested by the court having been filed. See 64 N. Y. Supp. 924.

---

WILLIAMS et al. v. BARKLEY. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Stephen K. Williams and others against Orville N. Barkley, impleaded, etc.

PER CURIAM. Motion for leave to appeal to the court of appeals granted, upon filing of the customary bond, upon condition that such appeal be perfected and papers filed in the court of appeals within 30 days; and the following question is hereby certified to that court, viz.: Is the former adjudication of this court upon the motion to confirm the report of the referee, in the case of Barkley v. Railroad Co., and upon the appeal from the order granting an injunction in this action (see 35 App. Div. 167, 54 N. Y. Supp. 970), binding upon the plaintiffs, or either or any of them, so far as it determines their rights to liens upon the fund in question? See 65 N. Y. Supp. 356.

---

WILLIAMS, Appellant, v. CONNORS, Respondent. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by Luther Williams against William J. Connors. No opinion. Appeal dismissed, under general rule 39. See 66 N. Y. Supp. 11.

---

WILLIAMS, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by Ellis R. Williams against the Delaware, Lackawanna & Western Railroad Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Reversed. For opinion on former appeal, see 57 N. Y. Supp. 203. William Kernan, for appellant. P. C. J. De Angelis, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the result.

ADAMS, P. J., and McLENNAN and SPRING, JJ., concur. WILLIAMS, J., not voting.